DOC NO
REC'D/FILED

2017 MAR 30 AM 10: 33

# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

**HUMBERTO LAGAR,**
        Petitioner,

-vs-                      Case No. **13-CV-489-WMC**

**LIZZIE A. TEGEL**, Warden @ JCI
        Respondent.

## NOTICE OF APPEAL

      I, Humberto Lagar, am the petitioner in the above entitled matter, proceeding pro se, with no legal experience, legal education, or computer expertise. I am requesting and pray that this court liberally construe my "**Notice of Appeal.**" In support, I cite from ***Haines vs Kermer***, 404 U.S. 519 (1972); ***Boag vs MacDougal***, 454 U.S. 364, 102 S.Ct. 700 (1982).

      **PLEASE TAKE NOTICE,** that the petitioner in the above entitled action, hereby appeals to the United States Court of Appeals for the Seventh Circuit, the final judgment dated March 7, 2017, denying his petition for a Writ of Habeas Corpus, pursuant to 28 USC 2254, and all final orders in this case.

      I, the undersigned, hereby declare under the penalty of perjury that the foregoing information is true and correct.

Signed this 22nd day of March, 2017,

_____
I AM, Humberto Lagar
1248 South 30th Street
Milwaukee, WI 53215

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT**
**120 N. HENRY ST. RM 320**
**MADISON, WISCONSIN 53703**

DOC NO
REC'D/FILED

2017 MAR 30 AM 10: 33

PETER OPPENEER
CLERK US DIST COURT
WD OF WI

RE: Case No. **13-CV-489-WMC**

Esteemed Clerk,

I am writing this brief missive to bring to this court's attention, the fact that I would like to move forward with this case to appeal the decision that was rendered in this District Court (W.D.) of Wisconsin on March 7, 2017. Therefore, I would appreciated very much if you could send me any and all available information that would allow me to proceed, as a pro se litigant, in the above captioned case number. Thank you for your time and cooperation in this matter.

Dated this 27th day of March, 2017.

Gratefully,

LAM, Humberto Lagar
1248 South 30th Street
Milwaukee, WI 53215

cc: files
    HLC